# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANTONIO TERRELL HOLLIMAN                                                  PLAINTIFF

v.                       No: 5:19-cv-00201-PSH

PATRICIA SNYDER                                                          DEFENDANT

## ORDER

Before the Court is a Joint Motion to Dismiss filed by Plaintiff Antonio Terrell Holliman and Defendant Patricia Snyder (Doc. No. 68). The parties have entered into a settlement agreement and agree to dismiss this case with prejudice. The Joint Motion to Dismiss is GRANTED and the case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE