IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTONIO TERRELL HOLLIMAN                                    PLAINTIFF

v.                          No: 5:19-cv-00201-PSH

PATRICIA SNYDER                                             DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 26th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE